Cite as 2014 Ark. 190



# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON MODEL JURY INSTRUCTIONS–CIVIL | **Opinion Delivered** APRIL 24, 2014 |

## PER CURIAM

Sean T. Keith, Esq., of Rogers, is appointed to the Supreme Court Committee on Model Jury Instructions–Civil for a three-year term, effective immediately, to expire on September 30, 2017. The court thanks Mr. Keith for his willingness to serve on this important committee.

Timothy L. Brooks, Esq., has resigned from the committee after accepting appointment as a federal judge to the United States District Court for the Western District of Arkansas. Judge Brooks has served on the committee since July 27, 2011. The court expresses its sincere appreciation to Judge Brooks for his service to this committee.